IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Rakish Jenkins

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 9:21-cv-109-MBS-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

Lieutenant Tahirah Thomas
Captain Michael Rasar
Nurse Geri Gillespie

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach
additional pages if needed.

Name                    Rakish Jenkins

All other names by which you have been known:

ID Number                    2809
Current Institution     Barnwell County Sheriffs Detention Center
Address                      57 Wall Street Barnwell
                             South Carolina, 29812

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation.   Make sure that the defendant(s) listed below are identical to those
contained in the above caption.   For an individual defendant, include the person's job
or title (if known) and check whether you are bringing this complaint against them in
their individual capacity or official capacity, or both.   Attach additional pages if
needed.

Defendant No. 1
    Name                    "Lieutenant" Tahirah Thomas
    Job or Title            Lieutenant
    (if known)
    Shield Number
    Employer                Barnwell Co. Detention Center
    Address                 57 Wall Street Barnwell
                            South Carolina 29812

    ☑ Individual capacity          ☑ Official capacity

Defendant No. 2
    Name                    Michael Rasar

2

Job or Title
(if known)                     Captain

Shield Number

Employer                       Barnwell Co. Detention Center
Address                        57 Wall Street Barnwell,
                               South Carolina 29812

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

Name                           Geri Gillespie

Job or Title                   Nurse
(if known)

Shield Number

Employer                       Southern Partner/Barnwell Co. Detention
Address                        57 Wall Street Barnwell        Center
                               South Carolina, 29812

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name                           _____

Job or Title                   _____
(if known)

Shield Number                  _____

Employer                       _____
Address                        _____
                               _____

☐ Individual capacity          ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process of law / Cruel and Unusal Punishment / Medical Neglect

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was assulted by a Federal prisioner and had medical issues from the assult and was forced to be sent to Lock-up when I did nothing wrong at all.

**III.    Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

4

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 12-3-2020  I was assulted by a Federal prisioner and did not retaliate at all here at the Barnwell County Sheriffs Detention Center,

C.    What date and approximate time did the events giving rise to your claim(s) occur?

12-03-2020  assult happened/ 12-03, 12-04, and 12-05 denied medical

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

At around 1145 am a Federal Detainee assulted me Officer McCloud was pod officer, Detainee Shemar Donaldson and other detainees seen the assult

5

I did not do anything in retaliation the cameras will verify this and captured the entire incident when I went back into the room Federal Detainee Nickname "Sco" went a got a metal pole and then threatened me then the police finally stopped it.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was hit very hard knocked about 15 feet away I was bruised and had trouble breathing and have had major pain there for weeks and tried to have medical assist me but was never allowed to be seen, in medical and left in lock down for over a week all because I was assulted I asked numerous times for Medical asstance and was denied.

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I dont think that Federal and state detainees should be housed together I would like $250,000.00 For the assult and $250,000.00 For medical neglect/cruel and unusal punishment.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.   Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Barnwell County Detention Center
57 Wall Street Barnwell SC,
29812

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑  Yes

☐  No

☐  Do not know

If yes, which claim(s)?
They Just said they were sorry about
everything and still did not help me.

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Here at the Barnwell County Detention Center

2.    What did you claim in your grievance?

When they finally let me out of lockdown a week or so after the incident.

3.    What was the result, if any?

Nothing

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

They just apoligized for what happened

8

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   _____

   _____

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state
        who you informed, when and how, and their response, if any:

   _____

   _____

   _____

   _____

G.   Please set forth any additional information that is relevant to the exhaustion of your
     administrative remedies.

   _____

   _____

   _____

   *(Note:   You may attach as exhibits to this complaint any documents related to the
   exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal
court without paying the filing fee if that prisoner has "on three or more prior occasions, while
incarcerated or detained in any facility, brought an action or appeal in a court of the United
States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
upon which relief may be granted, unless the prisoner is under imminent danger of serious
physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes
rule"?

   ☐   Yes

   ☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition.   _____

10

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐  Yes

☑  No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-21 , 2020

Signature of Plaintiff  Rakish Jenkins
Printed Name of Plaintiff  Rakish Jenkins
Prison Identification #  2809
Prison Address  57 Wall Street Barnwell
Barnwell  South Carolina  29812
City  State  Zip Code

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____

12